# ROBERT PEIRCE & ASSOCIATES, P.C. - OPERATING ACCOUNT

116469

CHECK NO: 116469

VENDOR: DR. DAVID ROSTETTER

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | 07152013 | 07/06/2013 | 10000.00 | 10000.00 | 0.00 |

ZACHARY ALT

PRINTED IN U.S.A.

PRODUCT DLM22B    USE WITH 91500 ENVELOPE

EXHIBIT
7

# ROBERT PEIRCE & ASSOCIATES, P.C. – OPERATING ACCOUNT

CHECK NO: 116471

**VENDOR:** PETER SHEPTAK, M.D.

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | 07152013 | 07/03/2013 | 3500.00 | 3500.00 | 0.00 |

ZACHARY ALT

116471

PRODUCT DLM228    USE WITH 91500 ENVELOPE

PRINTED IN U.S.A.